# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
## (Fresno Division)

**FILED**

**DEC 12 2025**

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

ANGEL JIMINIAN
6083 N Figarden Dr., Suite 611
Fresno, California 93722

        Plaintiff,

v.

UNITED STATES DEPARTMENT OF EDUCATION
400 Maryland Avenue SW
Washington, DC 20202;

NAVIENT SOLUTIONS, LLC
123 Justison Street
Wilmington, DE 19801;

CITIBANK, N.A.
388 Greenwich Street
New York, NY 10013;

WACHOVIA BANK, N.A. (now Wells Fargo Bank, N.A.)
420 Montgomery Street
San Francisco, CA 94104;

EXPERIAN INFORMATION SOLUTIONS, INC.
P.O. Box 2002
Allen, TX 75013;

EQUIFAX INFORMATION SERVICES, LLC
P.O. Box 740256
Atlanta, GA 30374;

TRANSUNION, LLC
P.O. Box 34012
Chester, PA 19022;

        Defendants.

Civil Action No. 1:25-CV-01835-JLT-EPG

# COMPLAINT FOR DECLARATORY RELIEF, DAMAGES, AND REVIEW OF AGENCY ACTION UNDER THE FCRA, FDCPA, APA, DECLARATORY JUDGMENT ACT, AND EQUITABLE FRAUD PRINCIPLES

## I. INTRODUCTION

1. I, Angel Jiminian, bring this lawsuit because I am being pursued and reported on a loan I never benefitted from. I was promised education, training, and a pathway to a better future. That never happened. The school closed not long after I started. I never got a degree, certification, or even anything I could use in a job.

2. After I started asking questions, I found that Citibank and Wachovia may have been involved in funding or transferring the loan. I also found evidence or reasonable belief that the loan may have been securitized and/or paid off by an insurer or investor. Yet, they are still trying to collect from me.

3. When I asked for validation and authentication, they didn't provide anything. No note. No ledger. No proof of ownership. Not from Navient. Not from DOE. Not from Citibank or Wachovia. Nothing.

4. Despite these defects and disputes, the credit bureaus continue to report this as if it's real, damaging my credit and my ability to live a normal financial life.

5. I am not trying to escape anything real. But I never got what they said I would. I never received value. And what they're doing now is illegal, deceptive, and harmful.

## II. STANDING

6. I have standing because I have been directly injured by the actions and inactions of the Defendants. This includes:

Credit denials

Inflated interest rates
Lost housing opportunities
Emotional stress
Time and energy spent trying to resolve this

7. My injuries are fairly traceable to the Defendants, and this Court can provide relief under federal law.

### III. REAL PARTY IN INTEREST

8. I am the person whose name and identity are being used to enforce a loan I never received any true benefit from. I am the one injured and I bring this complaint on my own behalf.

### IV. JURISDICTION AND VENUE

9. Jurisdiction is proper under:

28 U.S.C. §1331 (federal question)
15 U.S.C. §1681 (FCRA)
15 U.S.C. §1692 (FDCPA)
5 U.S.C. §§701–706 (APA)
28 U.S.C. §§2201–2202 (Declaratory Judgment Act)

10. Venue is proper under 28 U.S.C. §1391 because I live in this District and the harm occurred here.

### V. PARTIES

11. Plaintiff: Angel Jiminian, Fresno, California.

12. DOE: The federal agency claiming to hold or manage my loan.

13. Navient: Alleged servicer or collector on the account.

14. Citibank, N.A.: Alleged original lender, investor, or participant in securitization or servicing.

15. Wachovia Bank, N.A. (now Wells Fargo): Alleged lender, buyer, or insurer of the loan.

16. Experian, Equifax, and TransUnion: Credit bureaus that continue to report this debt despite disputes and proof of inaccuracy.

## VI. TIMELINE OF EVENTS

17. I enrolled in a program that was supposed to help me build a career. Instead, the school shut down soon after. I never received a degree, certificate, license, or usable training.

18. The loan is still being reported and collected — but I received no return.

19. I sent disputes and demands for:

The original signed promissory note
Payment ledgers
Proof of who owns the loan
Evidence of any benefit or value delivered
Disclosure of securitization or payoff

20. None of the Defendants provided this. Their replies were either nonexistent or incomplete.

21. I now affirmatively allege that the loan was likely securitized and/or insured, and that one or more of the Defendants were already paid, but continued to report and collect against me anyway.

## VII. FACTUAL ALLEGATIONS

### A. Lack of Consideration

22. I received no value, no degree, and no training I could use.

23. The school closed. There was nothing left to benefit from. The loan had no consideration.

### B. Authentication and Validation Denied

24. I asked each party to validate the debt under FDCPA and authenticate it under contract law.

25. No party produced a copy of the original note or proof of lawful ownership.

26. Navient continued to collect even after failing to validate.

27. DOE gave no full or meaningful response.

28. Citibank and Wachovia gave no disclosure about their involvement or payoff.

C. Affirmative Allegation of Securitization and Insurance

29. I believe the loan was securitized into a CUSIP trust and/or paid through federal insurance, credit default swaps, or indemnity pools.

30. If so, continuing to report or collect is double recovery and a violation of fair insurance claims practices.

31. My dispute triggered their duty to investigate and disclose this. They never did.

D. Constructive Fraud and Omissions

32. These parties withheld material facts from me:

That the loan may have been paid
That it may have been sold or written off
That they didn't actually have standing to enforce it

33. I relied on their silence thinking they were following the law. They weren't.

VIII. DAMAGES

34. Because of these acts, I suffered:

Denial of housing and credit
Higher interest rates
Reputational harm
Emotional distress
Time and money spent trying to fix this
Harm to my peace of mind and future

IX. CLAIMS FOR RELIEF

Count 1 – Violation of the FCRA (Experian, Equifax, TransUnion, Navient, Citibank, Wachovia)

35. These Defendants reported false credit data.

36. They failed to reinvestigate after I disputed it.

37. They never requested validation or corrected the data.

38. This violated 15 U.S.C. §§1681i and 1681s-2.

Count 2 – Violation of the FDCPA (Navient, Citibank, Wachovia)

39. These parties acted as debt collectors.

40. I disputed the debt.

41. They continued to collect without proper validation.

42. This violates 15 U.S.C. §§1692e, 1692g, and 1692f.

Count 3 – APA Violation (DOE)

43. DOE refused to correct or verify the obligation.

44. This failure is arbitrary and capricious.

45. It violates 5 U.S.C. §706.

Count 4 – Declaratory Relief (All Defendants)

46. There is a real controversy over whether I owe anything.

47. The Court should declare the loan invalid and unenforceable.

Count 5 – Constructive Fraud / Fraud by Omission / Unjust Enrichment (DOE, Navient, Citibank, Wachovia)

48. These parties withheld key facts and continued collection.

49. They never told me about securitization, insurance payoff, or sale.

50. They collected without standing.

51. This is fraud by omission and unjust enrichment.

X. RELIEF REQUESTED

I ask the Court to:

1. Declare that I do not owe the debt or that it is void.
2. Order deletion of all negative credit reporting related to it.
3. Order DOE, Navient, Citibank, and Wachovia to stop collecting.
4. Award damages allowed by FCRA and FDCPA.
5. Award restitution and disgorgement.
6. Award attorney fees and costs.
7. Grant any other relief that is fair and just.

## XI. VERIFICATION

I declare under penalty of perjury under 28 U.S.C. §1746 that everything in this Complaint is true to the best of my knowledge.

/s/ x_____  12

Angel Jiminian
6083 N Figarden Dr., Suite 611
Fresno, California 93722