**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGEL JIMINIAN,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF<br>EDUCATION, et al.,<br><br>        Defendants. | No. 1:25-cv-01835 JLT EPG<br><br>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATIONS<br><br>(Doc. 4) |

On February 5, 2026, the assigned magistrate judge issued findings and recommendations to dismiss this case without prejudice for Plaintiff's failure to pay the filing fee, failure to prosecute, and failure to comply with a court order. (Doc. 4.) The Court served the findings and recommendations on Plaintiff, notified him that any objections were due in 30 days, and advised him that "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id*. at 4.) Plaintiff did not file any objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on February 5, 2026, (Doc. 4), are **ADOPTED IN FULL.**

2. This action is **DISMISSED**, without prejudice, based on Plaintiff's failure to pay the

1

filing fee, failure to prosecute this case, and failure to comply with a court order.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 25, 2026**

UNITED STATES DISTRICT JUDGE